IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEISHA P., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:23CV1110 |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the final decision of the Commissioner is upheld and this action is **DISMISSED WITH PREJUDICE**.

                                                  /s/ Joe L. Webster
                                             United States Magistrate Judge

October 22, 2024
Durham, North Carolina